**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM MCQUEEN, a/k/a "DUKE,"<br><br>and<br><br>RAYMOND HUNDLEY,<br><br>*Defendants*. | Case No. 1:26-mj-251 |

**AFFIDAVIT IN SUPPORT OF APPLICATION
FOR CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Patrick Maxwell, being duly sworn, depose and state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1.      This affidavit is submitted in support of a criminal complaint and arrest warrant charging William MCQUEEN, also known as "Duke" ("MCQUEEN"), and Raymond HUNDLEY ("HUNDLEY") with unlawfully, knowingly, and intentionally combining, conspiring, confederating, and agreeing with Dontavious WHITAKER, also known as "Doe," ("WHITAKER"), D'Moni MOTEN, also known as "Mulu," "Lu" and "Moni" ("MOTEN"), and others, known and unknown, to unlawfully, knowingly, and intentionally distribute 400 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-( 2-phenylethyl )-4-piperidinyl] propanamide, commonly referred to as fentanyl, a schedule II

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), and 846.

2.    I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18.

3.    I have been a sworn law enforcement officer in Arlington County, Virginia since 2007. I am currently assigned to the Organized Crime Section – Drug Enforcement Vice Unit of the Arlington County Police Department. I am currently deputized with the Drug Enforcement Administration (DEA) Northern Virginia Mass Transportation Initiative (NVMTI). In this role, I am responsible for the investigation of criminal organizations, including drug-trafficking and money-laundering organizations. I have investigated hundreds of criminal offenses and received convictions from those investigations in the Courts of Arlington County, Virginia, and Federal Courts in the Eastern District of Virginia. I have previously been certified as an Expert Witness in the General District Courts of Arlington County, Virginia regarding narcotics possession and distribution. I have received specialized training in narcotics recognition, interdiction, and prosecutions, cell phone investigative techniques, cyber investigations, and extensive other training from various police academies, the DEA, and other federal agencies. During my employment with the Arlington County Police Department and tenure with as a Task Force Officer, I have gained knowledge in the use of various investigative techniques, including but not limited to: the utilization of wiretaps, physical surveillance, undercover agents, confidential informants, cooperating witnesses, the controlled purchases of illegal narcotics, electronic surveillance, consensually monitored recordings, investigative interviews, financial investigations,

the service of administrative and grand jury subpoenas, and the execution of search and arrest warrants. In addition, I am familiar with the search, examination, and exploitation of data obtained from cellular phones, computers, and internet-service and communications providers, including social media, electronic mail, and online / web-based messaging applications.

4.      From experience and training, I have learned that individuals involved in drug trafficking rarely refer to narcotics by their true name. Instead, to conceal the true nature of their illegal activities and to prevent detection by law enforcement, they refer to narcotics by using seemingly innocent terms or coded language.

5.      Moreover, based on the importance of cellular telephone communication, it is common for narcotics traffickers to regularly carry cellular telephone(s) on or near their person. I also know that it is common for narcotics traffickers to use multiple cellular telephones to communicate with co-conspirators in order to compartmentalize their illegal activity and avoid detection by law enforcement. Further, I know it is common for narcotics traffickers to use alias subscriber information, and to change their phones and phone numbers in order to avoid detection by law enforcement.

6.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. All observations not personally made by me were relayed to me by the individuals who made them or are based on my review of reports, documents, and other physical evidence obtained during the course of this investigation. Furthermore, any statements excerpted or summarized from recorded conversations, including those that are quoted, are subject to further revision for clarification and/or accuracy. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

3

**PROBABLE CAUSE**

**Background of Whitaker DTO Investigation**

7.        In 2025, the Drug Enforcement Administration ("DEA") began investigating a drug trafficking organization ("DTO") associated with WHITAKER, MOTEN, Edward WRIGHT III, also known as "Lil E," Tahjai THOMAS("THOMAS"), and other unindicted co-conspirators for the distribution of counterfeit pressed pills containing fentanyl (hereinafter, "fentanyl pills")[1] in the Eastern District of Virginia and elsewhere.

8.        Investigation revealed that WHITAKER and MOTEN were involved in a conspiracy to distribute fentanyl pills, and other controlled substances, from at least December 2021 through November 12, 2025.  Fentanyl pills seized during the course of the conspiracy contained fentanyl, heroin, and Carfentanil.  Over the course of the conspiracy, WHITAKER and MOTEN conspired to distribute at least 36 kilograms of a mixture and substance containing

---

[1] Law enforcement officers commonly find narcotics dealers selling round blue pills imprinted with "M" and "30" which mimic the markings associated with oxycodone 30mg pills manufactured by Mallinckrodt Pharmaceutical. The widespread distribution of the counterfeit pills is marked by popular culture terminology such as "blues," "M-30s," "Perc's," and "Perc-30's."  "Perc" is a commonly used slang reference that is short for "Percocet" which is a name brand prescription pain killer that contains oxycodone and acetaminophen.  It is common in the Eastern District of Virginia, and throughout the United States, for counterfeit pressed pills containing fentanyl and/or heroin or other opioids to be manufactured to look like legitimate oxycodone pills.  Historically, counterfeit pressed M30 pills contained primarily fentanyl; however, in recent years, pill seizures have revealed pills containing heroin, nitazene-class synthetic opioids, morphine derivatives, and other opioids.  On occasion, confidential sources or undercover officers will negotiate for the purchase of fentanyl pills and later lab testing will reveal the pills did not contain fentanyl but contained another opioid substance, such as heroin.  For consistency, the term "fentanyl pills" will be used throughout this affidavit when referring to counterfeit pressed pills containing fentanyl and/or other opioids.

4

fentanyl.  WRIGHT joined the conspiracy to distribute fentanyl pills at least as early as January 2024.

9.      On November 12, 2025, the DEA, along with other law enforcement agencies, executed federal search warrants on numerous locations and vehicles associated with the conspiracy.  During a search of an address at McCauley Way in Lorton, Virginia ("MCCAULEY RESIDENCE"), law enforcement encountered WHITAKER and THOMAS in one of the bedrooms.  Underneath the bed in that bedroom, law enforcement located a loaded Glock 26 semi-automatic handgun bearing serial number BNKY919 with an extended magazine inserted and round in the chamber.  The firearm was sitting next to license plates for a Mercedes (the "Mercedes") WHITAKER had previously been observed operating on numerous occasions and from which WHITAKER conducted suspected drug transactions.  On the bedside table next to the bed, law enforcement located a car key to a Dodge Durango rental car (the "Durango"), WHITAKER's ID, nearly $50,000 in U.S. currency, as well as several high-end jewelry items.  Another bedroom contained WRIGHT, a loaded firearm, and approximately 33 fentanyl pills.  In the kitchen of the residence, law enforcement located approximately one pound of suspected marijuana and marijuana extract.

10.     The Mercedes was found at a car dealership in Woodbridge with approximately 1,000 fentanyl pills inside.  Later analysis confirmed the pills contained approximately 108.18 grams of a mixture and substance containing Carfentanil.  A subsequent search of the Durango, which was parked in the parking garage for the MCCAULEY RESIDENCE, revealed several bags full of fentanyl pills and tablet fragments, a large quantity of suspected marijuana, and suspected cocaine.  Later analysis at the DEA Lab confirmed that the pills seized from the Durango contained approximately 721 grams of a mixture and substance containing Carfentanil, 108.8 grams of a

mixture and substance containing heroin, and approximately 116 grams of a mixture and substance containing fentanyl.

11.     During the search warrant execution at the MCCAULEY RESIDENCE, law enforcement also seized several cellular telephones later determined to be associated with WRIGHT, WHITAKER, MOTEN, and THOMAS.  The devices associated with WHITAKER, MOTEN, and THOMAS were searched pursuant the federal search warrant issued for the residence.  WRIGHT's phone was extracted pursuant to a Virginia State Search Warrant.

12.     On February 6, 2026, WHITAKER and MOTEN pled guilty in the Eastern District of Virginia to three-count Criminal Informations charging them with (1) conspiracy to distribute and possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of Carfentanil, a Schedule II substance and analogue of fentanyl, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, and one kilogram or more of heroin, in violation of 21 U.S.C. §§ 841 and 846; (2) possession with intent to distribute and attempted possession with intent to distribute 100 grams or more of a mixture or substance containing a detectable amount of Carfentanil, a Schedule II substance and analogue of fentanyl, in violation of 21 U.S.C. § 841; and (3) possession of a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c) (1:26-cr-19; 1:26-cr-20 (LMB)).  On June 4, 2026, WRIGHT pled guilty in the Eastern District of Virginia to a three-count Criminal Information charging him with (1) conspiracy to distribute and possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of Carfentanil, a Schedule II substance and analogue of fentanyl, 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, and one kilogram or more of heroin, in violation of 21 U.S.C. §§ 841 and 846; (2) possession with intent to distribute and attempted possession with intent to

distribute fentanyl, a Schedule II substance, in violation of 21 U.S.C. § 841; and (3) possession of a firearm by a prohibited person, in violation of 18 U.S.C. § 922(g) (1:26-cr-97 (LMB)).

### Background on William MCQUEEN

13.     On September 7, 2022, William Dion MCQUEEN Jr. ("MCQUEEN") was arrested following a homicide investigation. MCQUEEN shot and killed another individual in front of MCQUEEN's former residence. According to police reports from the Stafford County Sheriff's Office, MCQUEEN claimed the shooting was in self-defense. However, MCQUEEN was a convicted felon and therefore prohibited from possessing a firearm. During a search of MCQUEEN's former residence pursuant to a search warrant authorizing the search and seizure of evidence related to the homicide, law enforcement seized several ounces of marijuana, psilocybin, ammunition, and over $40,000. The $40,000 was located in a safe in which agents and officers also found packaging that was consistent with packaging used to ship or mail illicit drugs. The packaging consisted of numerous empty packages that were oblong shaped and consisted of brown packaging tape over numerous layers of plastic wrap with a layer of liquid masking agent in between the layers of plastic wrap.  Based on my training and experience, these open, empty packages are indicative of illicit drugs being shipped through the mail or via common courier for the purpose of redistribution.

14.     In October 2023, agents and officers began investigating a United Parcel Service (UPS) package that was delivered to a specific address in Stafford County (hereinafter, "Parcel l"). The recipient of this package ultimately contacted the Stafford County Sheriffs' Office when the recipient opened the package and found it contained suspected narcotics.  Law enforcement collected Parcel 1 and found that it contained approximately 15,000 suspected fentanyl pills,

weighing approximately 1,680 grams.  The name of the shipper listed on the label of Parcel 1 was a K.G.

15.    On October 17, 2023, investigators obtained a search warrant for an address in Stafford County, Virginia. During the search of the residence, agents and officers recovered a parcel (hereinafter, "Parcel 2") containing approximately 20,000 suspected fentanyl pills. Investigators also seized one pound of marijuana, two ounces of cocaine, more than $46,000 in U.S. Currency, and a pistol. A resident of the home (hereinafter, "S-1") had the tracking information for Parcel 2 in his cell phone. S-1 was arrested for possession with intent to distribute fentanyl.  Through further investigation, investigators determined that Parcel 2 had been mailed via UPS on October 9, 2023, by N.R. of Long Beach, California and was addressed to W.B. at an address in Dumfries, Virginia. The package was delivered on October 13, 2023.

16.    During the course of this investigation, investigators identified more than a dozen parcels shipped from the Long Beach, California area from K.G., N.R., and J.L. to various addresses in Stafford, Prince William, and Spotsylvania Counties, Virginia. All of these parcels were believed to be associated with S-2's drug trafficking organization. Based on a review of S-1's telephone records and additional investigation, investigators identified individuals who were facilitating the shipment of fentanyl pills from California to the Eastern District of Virginia.

17.    A review of MCQUEEN's telephone toll records showed that MCQUEEN was in regular contact with S-1's coconspirators, including one of the main coconspirators (hereinafter, "S-2"). MCQUEEN's tolls show 20 contacts between MCQUEEN and S-2 between December 12, 2023 and January 12, 2024.  Further investigation revealed that S-2 utilized multiple telephone numbers.  Agents and officers investigated the names and numbers supplied for K.G., N.R., and

J.L., and determined that they are all likely fictitious identities being used in an effort to thwart law enforcement detection.

18.    Investigators subsequently located records of a parcel previously sent via UPS from K.G., the shipper name of Parcel 1, addressed to N.J., at an address on Providence Street[2] in Stafford, Virginia (hereinafter, "Parcel 3").  Law enforcement had previously identified this Providence Street address as associated with MCQUEEN and did not locate records of an N.J. residing at the address.

19.    On April 25, 2024, investigators executed a federal search warrant at MCQUEEN's residence on Providence Street (3:24-SW-68 (SLS)).  During the search, investigators located a cellular telephone with telephone number 329-201-**** (hereinafter, "MCQUEEN Device 1"). The subscriber for this number was listed by Verizon as "No Name, 6500 Emerald Py, Dublin, Ohio 43016," and the number was activated on 04-05-2024.

20.    Agents performed an extraction on MCQUEEN Device 1, which revealed chats between MCQUEEN and various individuals discussing the purchase of what appeared to be fentanyl pills for various prices. For example, in a conversation between MCQUEEN and a contact listed as "SMACK," MCQUEEN told SMACK that it was ".95 back all day." Based on my training and experience, and knowledge of the investigation to date, MCQUEEN is providing SMACK with pricing of .95 cents per pill.  In conversations with various other individuals, MCQUEEN sends amounts such as ".83" and numbers such as "10" or "8" or "13 of em for 10,660." I believe this final message to represent 13,000 pills for $10,660 dollars, which averages out to

---

[2] This is a different address on Providence Street than that of the PROVIDENCE ST RESIDENCE.

approximately $0.82 per pill.  Based on my training and experience, $0.82 or $0.83 per pill, in the Washington D.C. Metropolitan region at the time of this conversation, is pricing consistent with drug redistributors who purchase fentanyl pills in bulk, such as quantities of several thousand or more pills.

21.    During a separate, unrelated traffic stop on March 19, 2024, which predated the search warrant execution at MCQUEEN's residence on Providence Street, Fairfax County police officers arrested MCQUEEN while he was operating a stolen vehicle. This stolen vehicle was a rental vehicle that MCQUEEN failed to return on the due date.  During the course of the arrest, officers observed marijuana residue throughout the passenger compartment of the car and observed a shopping bag on the front passenger floorboard that contained a large quantity of U.S. Currency. An inventory search determined that the bag contained more than $89,000.00 in cash. When officers inquired about the cash, MCQUEEN made no effort to claim it.

22.    On August 13, 2024, the DEA executed a Virginia State Search Warrant at an address on N. Veitch St. in Arlington, Virginia.  The apartment was leased to Raymond HUNDLEY ("HUNDLEY"), a known associate of MCQUEEN, as discussed further below. During the execution of the search warrant, law enforcement located Unindicted Coconspirator 1 ("UCC-1") (the mother of some of MCQUEEN's children), MCQUEEN, and their shared child. MCQUEEN was taken into custody on outstanding Virginia State arrest warrants.  Agents seized approximately $43,000 in U.S. Currency, along with an electronic device (hereinafter, "MCQUEEN Device 2").  MCQUEEN Device 2 was subsequently searched pursuant to a Virginia State Search Warrant.  Within MCQUEEN Device 2, investigators located numerous photos which

depicted MCQUEEN, to include the image below (see Figure 1).  Of note, this image depicts MCQUEEN wearing a chain with a pendant which spells "DUKE."



*Figure 1: Images located in MCQUEEN Device 2*

**Association between WHITAKER and MCQUEEN**

*Information Obtained from Apple iCloud Accounts Associated with WHITAKER*

23.     On August 5, 2025, a search warrant issued for the contents of Apple iCloud accounts associated WHITAKER (1:25-SW-673 (WBP)). A review of the return provided by Apple (hereinafter, "WHITAKER's iCloud Account") revealed images depicting WHITAKER, as well as images of firearms, large amounts of U.S. Currency, and suspected controlled substances. Moreover, investigators located messages on WHITAKER's iCloud Account depicting WHITAKER conspiring with others to procure and distribute controlled substances.

24.     During review of WHITAKER's iCloud Account, law enforcement also located the below photograph of WHITAKER and MCQUEEN together, which metadata indicated was taken on March 15, 2024, near Miami, Florida.  It should be noted that MCQUEEN is again wearing a diamond pendant that spells the word "DUKE."



*Figure 2: Photograph depicting WHITAKER (left) and MCQUEEN (right)*

25.     Within WHITAKER's iCloud Account, law enforcement located a conversation between WHITAKER and the telephone number (771) 241-2100, which was listed in WHITAKER's contacts as "Ncaa Duke" (hereinafter, "MCQUEEN ACCOUNT 1").  Based on information discussed in paragraphs 32-33, below, and the use of the name "Duke" in the contact name, investigators believe that MCQUEEN was the user of MCQUEEN ACCOUNT 1.

12

26.     The conversation depicted below in Figure 3, not shown in its entirety, occurred at the dates and times depicted in the below chart between WHITAKER, utilizing a telephone number associated with one of his Apple iCloud accounts, and MCQUEEN, utilizing MCQUEEN ACCOUNT 1.

| Date/Time | WHITAKER | MCQUEEN |
|---|---|---|
| 5/2/2025 9:42:46 PM(UTC-4) | Need you tomorrow | |
| 5/2/2025 9:42:46 PM(UTC-4) | Ft me | |
| 5/3/2025 9:52:23 AM(UTC-4) | | Ok 2 min |
| 5/3/2025 9:52:23 AM(UTC-4) | | That number tho last time won't happen again I just was lookin out |
| 5/3/2025 9:52:23 AM(UTC-4) | | Won't go lover [sic] than .60 |
| 5/3/2025 9:53:21 AM(UTC-4) | Bra wtf is you talking bout | |
| 5/3/2025 9:57:37 AM(UTC-4) | | I'll call in a sec |
| 5/3/2025 10:01:54 AM(UTC-4) | Bet call so we can lock this shit in | |
| 5/3/2025 10:02:11 AM(UTC-4) | Trying let you kno what the ppl letting me know | |
| 5/5/2025 11:14:15 AM(UTC-4) | | How many you want tho |

13

| | | |
|---|---|---|
| 5/5/2025 11:14:35 AM(UTC-4) | Like 25 30 | |
| 5/5/2025 1:20:29 PM(UTC-4) | | Rd |
| 5/8/2025 10:17:33 AM(UTC-4) | Damm bra you never hit a nigga back check on em or nothing the count was right I had to hand count first but these not the same ones ppl saying they don't hit | |
| 5/8/2025 10:17:33 AM(UTC-4) | Gotta get the joints you just had last load | |
| 5/8/2025 1:29:30 PM(UTC-4) | Swap me 15 bra I don't want these joints | |
| 5/8/2025 1:32:15 PM(UTC-4) | | I just told you before you grabbed them jawns bring a tester before you take em you said naw |

*Figure 3: Chat between WHITAKER and MCQUEEN*

27.     Based on my training, experience, and knowledge of the investigation to date, the above conversation appears to depict WHITAKER obtaining controlled substance from MCQUEEN.  WHITAKER tells MCQUEEN that he needs him tomorrow and to "Ft," short for Facetime, him later. MCQUEEN subsequently tells WHITAKER that he cannot do the "number" from last time again and "just was lookin out."  I believe this to mean that MCQUEEN had given WHITAKER a lower price "last time" but would not be able to go that low again.  MCQUEEN then references ".60," which I believe represents 60 cents/pill.  Based on my training and experience, $0.60 per pill (and pricing in a similar range), in the Washington D.C. Metropolitan region at the time of this conversation, is pricing consistent with drug redistributors who purchase fentanyl pills in bulk, such as quantities of several thousand or more pills.  This pricing would be

inconsistent with the cost of smaller quantities of fentanyl pills for users or lower-level distributors. The two then agree to discuss pricing over a call. Two days later, MCQUEEN asks, "how many" WHITAKER wants, to which WHITAKER responds, "Like 25 30." Based on my training, experience, and knowledge of this case, in addition to the $0.60 pricing discussed by the subjects, I believe WHITAKER's response to refer to 25 to 30 k-packs, or 25,000-30,000 pills. A few days later, WHITAKER tells MCQUEEN that the "count was right," which I believe means that WHITAKER received the correct amount of pills. WHITAKER further states that "people" are saying they "don't hit," which I know based on my training and experience means that customers/users are saying the pills are of poor quality. WHITAKER tells MCQUEEN to "swap me 15," which I believe means that he wants to trade 15,000 of the original pills for pills of better quality. MCQUEEN subsequently tells WHITAKER that he told him to "bring a tester," but that WHITAKER had declined to do so. I know a "tester" to be a common term to describe a drug user who accompanies a drug dealer on a narcotics transaction to test the quality of the controlled substance.

28. During subsequent chats with MCQUEEN, on June 16, 2025, WHITAKER sends MCQUEEN a message stating "They didn't really like em I seen bout it you got something different for me try," to which MCQUEEN replies "The ones I gave you they didn't . . . First I heard that since I had them and nah . . . Got like 200 k left of them." Based on my experience, training, and knowledge of the investigation to date, it appears that WHITAKER is again complaining to MCQUEEN about the quality of the fentanyl pills he purchased, and MCQUEEN replies that he has not previously received any other complaints. MCQUEEN further states that he has "200 k of them left," which I believe to be a reference to 200 k-packs, or 200,000 pills. Following these chats, WHITAKER and MCQUEEN appear to meet, with both stating that they

are near the mall.  MCQUEEN subsequently states, "Pole 35," likely a reference to a numbered light pole in a mall parking lot, indicting that MCQUEEN was in a vehicle.

29.    Subsequent messages suggest WHITAKER and MCQUEEN likely met again later in the evening of June 16, 2025, to complete a transaction for fentanyl pills.  In these messages, WHITAKER tells MCQUEEN: "Bout ft [facetime] you rn [right now]."  MCQUEEN replies, "Girl in the car tho," which indicates that MCQUEEN is utilizing a motor vehicle to travel to the narcotics transaction.  WHITAKER eventually states, "Just give me 80 even," which I believe to be a reference to 80 k-packs, or 80,000 pills.  MCQUEEN replies "Bet," which is slang for "okay." WHITAKER asks, "Come on how long," to which MCQUEEN eventually states "22 min . . . How long for you." WHITAKER replies "20 min or so."  A few minutes later. MCQUEEN messages, "Here," followed by WHITAKER messaging, "Pulling up."

30.    Within the WHITAKER iCloud account, investigators located another conversation between WHITAKER and a second number associated with MCQUEEN.  On June 19, 2025, WHITAKER received a message from telephone number (571) 242-8910 (hereinafter, "MCQUEEN ACCOUNT 2"), saved as "NCAA," which stated, "This my new number bro." Based on information discussed in paragraphs 34-35 below, investigators determined that MCQUEEN ACCOUNT 2 was being utilized by MCQUEEN.

31.    The conversation between WHITAKER and MCQUEEN ACCOUNT 2 involved discussions of narcotics trafficking activity.  For example, on July 15, 2025, WHITAKER and MCQUEEN discussed various shortcomings of a recent narcotics transaction.  Subsequently, WHITAKER asked MCQUEEN to send over his Apply Pay.  MCQUEEN responded with "5713941787."  As stated in paragraphs 36-39 below, I know (571) 394-1787 (hereinafter, "MCQUEEN ACCOUNT 3") to be a telephone number used by MCQUEEN.

16

**Identification of MCQUEEN Phone Numbers**

*MCQUEEN ACCOUNT 1 (-2100/"Ncaa Duke")*

32.    Law enforcement obtained a search warrant on MCQUEEN's Instagram account (the "MCQUEEN INSTAGRAM ACCOUNT").  During a review of the communications located in the MCQUEEN INSTAGRAM ACCOUNT, investigators located multiple instances in which MCQUEEN provided MCQUEEN ACCOUNT 1 as his telephone number to others.  For example, on May 18, 2025, another user asked MCQUEEN, "What's your number," to which MCQUEEN replied with MCQUEEN ACCOUNT 1.

33.    During the course of the investigation, law enforcement also obtained a search warrant on the Apple iCloud account associated with MCQUEEN ACCOUNT 1.  Upon review of images located in the Apple iCloud return for MCQUEEN ACCOUNT 1, law enforcement observed a document with MCQUEEN's name on it.

*MCQUEEN ACCOUNT 2 (-8910/"NCAA")*

34.    During review of content from the MCQUEEN INSTAGRAM ACCOUNT, investigators located an instance of MCQUEEN providing MCQUEEN ACCOUNT 2 as his telephone number to another user.   On July 9, 2025, another user asked MCQUEEN to "…send me your number so I can tell you what happened," to which MCQUEEN replied with MCQUEEN ACCOUNT 2.

35.    During the course of the investigation, law enforcement obtained a search warrant for the Apple iCloud account associated with MCQUEEN ACCOUNT 2.  Upon review of images located in the Apple iCloud return, law enforcement located numerous images of MCQUEEN, as detailed below in paragraph 49.

*MCQUEEN ACCOUNT 3 (-1787)*

36.      During 2025, MCQUEEN utilized MCQUEEN ACCOUNT 3 to call the Stafford County Sheriff's Office, and also provided MCQUEEN ACCOUNT 3 on multiple occasions to law enforcement.

37.      During a review of content from the MCQUEEN INSTAGRAM ACCOUNT, investigators located multiple instances in which MCQUEEN provided MCQUEEN ACCOUNT 3 as his telephone number to others.  For example, on August 26, 2025, another user sent MCQUEEN a message asking, "what's your number," to which MCQUEEN replied with MCQUEEN ACCOUNT 3.  Additionally, as previously discussed, in a chat with WHITAKER and MCQUEEN ACCOUNT 2, MCQUEEN ACCOUNT 2 provided MCQUEEN ACCOUNT 3 as a telephone number for his Apple Pay.

38.      During the course of the investigation, law enforcement obtained a search warrant for the Apple iCloud account associated with MCQUEEN ACCOUNT 3.  Upon review of images located in the Apple iCloud return, law enforcement located numerous images of MCQUEEN, as discussed below in paragraphs 40-43.

**Information Obtained from MCQUEEN's Apple iCloud Accounts**

39.      On January 8, 2026, law enforcement obtained a search warrant for Apple iCloud Accounts associated with MCQUEEN (1-26-SW-40 (IDD)).  Records received from Apple revealed that MCQUEEN ACCOUNT 1 is associated with Apple ID nandy1567@icloud.com (hereinafter, "MCQUEEN ICLOUD 1"), MCQUEEN ACCOUNT 2 is associated with Apple ID "crabsmd3434@icloud.com" (hereinafter, "MCQUEEN ICLOUD 2"), and MCQUEEN ACCOUNT 3 is associated with Apple ID "dukewll92@yahoo.com" (hereinafter, "MCQUEEN ICLOUD 3") (collectively, "MCQUEEN's ICLOUD ACCOUNTS").  Account settings for

18

MCQUEEN's ICLOUD ACCOUNTS revealed that messages were either encrypted or had not been backed up, therefore, no communications were provided by Apple for any of the accounts. However, data received from Apple for all three accounts included images which indicated MCQUEEN was the user of the accounts. Data associated with MCQUEEN ICLOUD 3 indicates that the account last backed up unencrypted photos in 2024.

40.    A review of MCQUEEN ICLOUD 3 revealed that this account has likely been utilized by MCQUEEN for many years, as it contains photos which depict MCQUEEN from at least as early as 2021. Within this account, law enforcement located numerous photos spanning a several year period which depict MCQUEEN holding and displaying large amounts of U.S. Currency, as well as photos depicting large amounts of suspected fentanyl pills.

41.    The images in Figure 6 below are three images located within MCQUEEN ICLOUD 3. These photos were all taken between September 2021 and February 2022. According to metadata associated with the images, all of these photos were taken with a phone of the same make and model—an Apple iPhone 12 Pro. One image depicts MCQUEEN, identified by unique tattoos and his general build, utilizing the Apple iPhone 12 Pro to photograph himself in a mirror holding U.S. Currency. Another image depicts suspected fentanyl pills. The third image depicts a Glock firearm displaying the serial number AFDK784.[3]

---

[3] The Glock firearm with serial number AFDK784 was recovered by law enforcement on July 15, 2022, following a vehicle pursuit in which the USMS attempted to apprehend a subject— previously identified as a gang member by the Prince William County Police Department—who was wanted for Robbery, Assault, and Brandishing a Firearm.





*Figure 6: Images located in MCQUEEN ICLOUD 3*

42.     The images depicted in Figure 7 below are three additional images located within MCQUEEN ICLOUD 3.  These photos were all taken between June 2023 and December 2023.

20

According to metadata associated with the images, all of these photos were taken with a phone of the same make and model —an Apple iPhone 14 Pro Max.  The first image depicts MCQUEEN utilizing the iPhone 14 Pro Max to take a photo of himself holding U.S. Currency, standing in front of a money counter with marijuana also visible on the counter.  The second photo depicts multiple bags of suspected fentanyl pills.  The third image depicts a micro Draco AK-47 style firearm.

 



*Figure 7: Additional Images located in MCQUEEN ICLOUD 3*

43. Additionally, within MCQUEEN ACCOUNT 3, law enforcement located a video which depicted an unzipped dark roller bag, containing multiple Ziploc bags full of tens of thousands of suspected fentanyl pills. The metadata for this video indicates it was created on May 5, 2023, but the source of the video is unclear because the make and model of the device that filmed the video is not listed. Law enforcement captured a still image from the video, as depicted in Figure 9 below.



*Figure 9: Still image from video located in MCQUEEN ICLOUD 3*

44. The images depicted in Figure 10 below are three images located within MCQUEEN ICLOUD 2. The first image, taken on August 17, 2025, depicts MCQUEEN looking down at the camera. The second image, taken on July 26, 2025, appears to be a

screenshot taken during a video chat, and depicts what appears to be two one-gallon Ziploc bags containing fentanyl pills.



*Figure 10: Images Located in MCQUEEN ACCOUNT 2*

**Identification of Vehicles and Residence utilized by MCQUEEN**

45.     Based on physical and electronic surveillance, as well as images and messages located in MCQUEEN's various accounts, law enforcement is aware that MCQUEEN and UCC-1 are in a romantic relationship and resided together in numerous residences in 2025 and 2026.

23

During the investigation, law enforcement identified a 2017 BMW 320i, displaying Virginia Registration TBP7814, which is registered to UCC-1 but is regularly utilized by MCQUEEN (the "BMW"). In September and October 2025, law enforcement observed MCQUEEN and UCC-1, utilizing the BMW, entering and exiting a building on Crianza Place, in Tysons Corner, Virginia, which contained an apartment MCQUEEN was believed to be residing in at the time (hereinafter, the "CRIANZA PLACE RESIDENCE"). In late November, following WHITAKER's November 12th arrest, law enforcement determined that MCQUEEN had moved out of the CRIANZA PLACE RESIDENCE, despite several months remaining on the lease agreement. Based on Pen Register Trap and Trace ("PRTT") data being received on UCC-1's Instagram account (1-25-ec-2487) and records received from DoorDash, law enforcement learned that MCQUEEN and UCC-1 had moved to a residence located on Georgia Avenue in Silver Spring, Maryland (hereinafter, the "GEORGIA AVENUE RESIDENCE"), in late November/early December 2025. During subsequent surveillance by law enforcement, law enforcement observed MCQUEEN and UCC-1 departing the building in which the GEORGIA AVENUE RESIDENCE is located. Subsequently, law enforcement learned that MCQUEEN and UCC-1 moved out of the GEORGIA AVENUE RESIDENCE on or about March 29, 2026, at which time they moved to 802 Providence Street, Stafford, Virginia, 22554 (the PROVIDENCE ST RESIDENCE). On numerous subsequent occasions, law enforcement observed MCQUEEN and UCC-1 entering and exiting the PROVIDENCE ST RESIDENCE, both individually and together. Additionally, law enforcement has seen both MCQUEEN and UCC-1, individually and together, entering and exiting the residence with young children, believed to be children then have in common.

46.    From October 2025 through mid-March 2026, law enforcement regularly observed MCQUEEN and/or UCC-1 operating the BMW. In early 2026, law enforcement became aware

24

that the BMW was involved in a traffic crash in Montgomery County, MD, resulting in front end damage to the BMW. In mid-March 2026, law enforcement observed MCQUEEN, on numerous occasions, operating a black Chevy Equinox (hereinafter, the "Equinox") which law enforcement determined was a Turo rental car rented by one of MCQUEEN's family members. During the time MCQUEEN was operating the Equinox, law enforcement was unable to locate the BMW. On April 23, 2026, law enforcement located UCC-1 operating the BMW, which no longer had front-end damage. Based on surveillance, investigators determined that the Equinox was returned shortly thereafter and is no longer being utilized by MCQUEEN.

**HUNDLEY and UCC-1's Involvement in the TARGET OFFENSES**

*HUNDLEY's Association with MCQUEEN Residences and Involvement in Suspected Drug Transactions*

47.    Law enforcement obtained lease records for the CRIANZA PLACE RESIDENCE, which revealed that the apartment was leased to HUNDLEY. Further, the records revealed that the lease started on May 2, 2025, and is due to end on July 1, 2026. Based on toll analysis throughout the course of this investigation, law enforcement identified numerous telephone calls between MCQUEEN and telephone number (267) 353-6844 (hereinafter, "HUNDLEY Account 1"). HUNDLEY Account 1 returns to HUNDLEY in numerous law enforcement databases, subscriber records list a female sharing HUNDLEY's last name as the subscriber, and as described in paragraphs 66 below, has been utilized by HUNDLEY when booking travel. Further, law enforcement is aware that MCQUEEN previously resided in other residences which were rented in HUNDLEY's name, namely, the residence mentioned in paragraph 22 above.

48.    Additionally, law enforcement located communications between WHITAKER and HUNDLEY from late 2024 through early 2025 in which the parties arrange narcotics transactions.

25

A review of MCQUEEN's criminal history and incarceration records revealed that MCQUEEN was incarcerated at the Stafford County Jail from August 13, 2024, through February 14, 2025. In messages between WHITAKER and HUNDLEY, as described below, it appears that HUNDLEY was working on MCQUEEN's behalf during his incarceration. HUNDLEY appears to negotiate on behalf of a third party on numerous occasions, and, importantly, HUNDLEY provides UCC-1's telephone number to WHITAKER.

49. The conversation depicted below, not shown in its entirety, occurred between WHITAKER and HUNDLEY Account 1 at the dates and times depicted in the below chart and was located in one of the cellular telephones seized from WHITAKER on November 12, 2025.

| Date/Time | WHITAKER | HUNDLEY Account 1 |
|---|---|---|
| 11/18/2024 2:49:43 PM(UTC+0) | New Shìt in yet ? | |
| 11/18/2024 8:58:10 PM(UTC+0) | | Working on it now |
| 11/18/2024 9:23:22 PM(UTC+0) | Lmk why I got some shit in motion you know it don't wait for nobody | |
| 11/18/2024 11:36:50 PM(UTC+0) | | 10 of em bro? Or 15 |
| 11/18/2024 11:54:57 PM(UTC+0) | You don't got more | |
| 11/18/2024 11:55:16 PM(UTC+0) | If not just bring everything you got left so that's 15 | |
| 11/18/2024 11:56:34 PM(UTC+0) | How soon can you get to me | |

| | | |
|---|---|---|
| 11/19/2024 12:22:00 AM(UTC+0) | | Tmr, gotta jump on a flight |
| 11/19/2024 12:22:12 AM(UTC+0) | Liked "Tmr, gotta jump on a flight" | |
| 11/19/2024 1:09:31 AM(UTC+0) | Got 65 Brodie lmk | |
| 11/19/2024 1:09:49 AM(UTC+0) | | Ok |
| 11/19/2024 4:12:43 AM(UTC+0) | | Bro gon hold off for now |
| 11/19/2024 4:22:42 AM(UTC+0) | Bet | |
| 11/19/2024 4:56:57 AM(UTC+0) | | Finna keep you posted on the new joints |
| 11/19/2024 2:15:02 PM(UTC+0) | Bring em bro I got 70 for u | |
| 11/19/2024 2:15:07 PM(UTC+0) | You ask 75 | |
| 11/19/2024 2:15:17 PM(UTC+0) | Meet in the middle 70 | |

50.     In the above chat, WHITAKER appeared to ask HUNDLEY if a batch of fentanyl pills was in, with HUNDLEY asking if WHITAKER wanted "10" or "15," which I believe refers to 10 or 15 kpacks. Based on my training and experience, the pricing of 10 or 15 kpacks is consistent with the negotiation later in the conversation, where the parties discuss "65," "75," and "72," references to per pill pricing (*i.e.*, $0.65 per pill). Additionally, HUNDLEY's statement that

27

"I told em take 7 *he* need the 75," appears to be HUNDLEY negotiating pricing on behalf of a third party.  Notably, when WHITAKER stated that he would take everything HUNDLEY had, HUNDLEY responded that he could get them "tomorrow" because he had to jump on a "flight," indicating that he was likely sourcing fentanyl pills from a location necessitating air travel.

51.    The conversation depicted below, not shown in its entirety, occurred between WHITAKER and HUNDLEY Account 1 at the dates and times depicted in the below chart and was located in one of the cellular telephones seized from WHITAKER on November 12, 2025.

| Date/Time | WHITAKER | HUNDLEY Account 1 |
|---|---|---|
| 2/25/2025 12:48:13 AM(UTC+0) | | They was straight brodie |
| 2/25/2025 3:19:12 PM(UTC+0) | Let you know soon as I find out | |
| 2/25/2025 7:09:23 PM(UTC+0) | | *UCC-1's telephone number* |
| 2/26/2025 12:59:08 AM(UTC+0) | These not the same | |
| 2/26/2025 12:29:03 PM(UTC+0) | Ima 10 back today Brodie | |
| 2/26/2025 12:29:29 PM(UTC+0) | Call you when I get outside | |
| 2/26/2025 3:21:36 PM(UTC+0) | | Ard bet just give me a lil to get back up there |
| 2/26/2025 5:09:12 PM(UTC+0) | | Bouta hit you right back |
| 2/26/2025 5:11:25 PM(UTC+0) | You ready not trying hold this shit | |

| | | |
|---|---|---|
| 2/26/2025 5:11:31 PM(UTC+0) | You at the same spot | |
| 2/26/2025 5:11:43 PM(UTC+0) | Paying lawyer and sum more shit rn bra need that | |
| 2/26/2025 9:34:22 PM(UTC+0) | | Yo bro |
| 2/28/2025 9:57:37 PM(UTC+0) | | You got them still |
| 2/28/2025 9:57:55 PM(UTC+0) | | He tryn swap he ain't tryn take the L |
| 2/28/2025 10:08:56 PM(UTC+0) | Ft me | |

52.     In the above conversation, HUNDLEY asked WHITAKER if "[t]hey was straight," an inquiry which, based on my training an experience, related to the quality of pills supplied by HUNDLEY.  The next day, WHITAKER complained that the pills were "not the same" and indicated that he wanted to return "10," which I believe to be 10 kpacks based on my training, experience, and knowledge of this investigation.  HUNDLEY and Whitaker discussed the logistics of a possible return, with HUNDLEY ultimately indicating that "he" (an unnamed third party) wanted to "swap" rather than "take the L [slang for loss]."

53.     During the above conversation, HUNDLEY also sent UCC-1's phone number to WHITAKER.  Shortly thereafter, WHITAKER sent UCC-1's phone number to THOMAS.  A subsequent review of Apple Cash records revealed that THOMAS then sent UCC-1 $1,700 via Apple Cash.  Immediately following the receipt of $1,700 from THOMAS, UCC-1 transferred $1,700 into UCC-1's Navy Federal Credit Union Account.  Based on these transactions, and the

communications between WHITAKER and HUNDLEY, I believe that these transactions represented THOMAS paying UCC-1 for narcotics purchased by WHITAKER from HUNDLEY.

*Financial Investigation and UCC-1's Involvement in TARGET OFFENSES*

54.    A query of the Virginia Employment Commission revealed that UCC-1 has not received any reportable income since 2023.  From 2021 through the end of 2023, UCC-1 had reportable income of no more than $11,300.48 quarterly.  MCQUEEN's last reportable income through the Virginia Employment Commission occurred in 2021.  A query of Maryland wage records revealed that neither MCQUEEN nor UCC-1 have any reportable income through Maryland.

55.    A subsequent review of UCC-1's bank records from Navy Federal Credit Union ("NFCU") revealed that UCC-1's deposits are inconsistent with her reported income.  For example, as depicted in the below chart, UCC-1's NFCU account received a total of $270,632.98 in deposits for the statement periods covering the past calendar year (1/22/25 through 1/21/2026).  Moreover, the majority of the deposits do not appear to originate with an employer or direct deposits that would be consistent with an employer depositing a paycheck. Rather, the deposits varied widely from month-to-month, and primarily consisted of Apple Cash transactions and cash deposits in whole number amounts.  Review of UCC-1's Apple Cash transaction records reflect a significant amount of transactions between UCC-1 and MCQUEEN on a weekly basis.

| Statement Period | Deposits/Credits | Withdrawals/Debits |
|---|---|---|
| 1/22/2025 - 2/21/2025 | $13,412.13 | $16,097.24 |
| 2/22/2025 - 3/21/2025 | $25,393.39 | $24,311.46 |
| 3/22/2025 - 4/21/2025 | $25,243.90 | $26,268.73 |
| 4/22/2025 - 5/21/2024 | $21,000.17 | $20,852.55 |

| | | |
|---|---|---|
| 5/22/2025 - 6/21/2025 | $38,362.88 | $38,016.07 |
| 6/22/2025 - 7/21/2025 | $14,549.93 | $14,606.90 |
| 7/22/2025 - 8/21/2025 | $10,633.64 | $11,183.27 |
| 8/22/2025 - 9/21/2025 | $34,042.14 | $33,771.89 |
| 9/22/2025 - 10-21-2025 | $17,672.87 | $14,636.60 |
| 10/22/2025 - 11/21/2025 | $35,097.76 | $36,946.69 |
| 11/22/2025 - 12/12/2025 | $10,945.31 | $12.226.61 |
| 12/22/2025 - 1/21/2026 | $24,278.86 | $23,305.43 |
| **Total:** | **$270,632.98** | **$259,996.83** |

56.     Additionally, law enforcement obtained security video footage from NFCU for several deposits into UCC-1's NFCU account. The security video depicts MCQUEEN regularly making cash deposits. For example, NFCU records show that, on November 4, 2025, $1,150 was deposited into UCC-1's NFCU account at the Thomas J Hughes branch in Vienna, VA. Security videos from that branch, as depicted in the below images, show MCQUEEN making these deposits.



57.    Finally, during an examination of a cellular telephone seized from WHITAKER during his November 12th arrest, a conversation was located between WHITAKER and MCQUEEN ACCOUNT 2, which occurred on September 13, 2025.  The conversation involved WHITAKER discussing a suspected narcotics transaction and drug debts.    During this conversation, MCQUEEN asked WHITAKER, "You gone give her the whole 87?" to which WHITAKER replied "7,7 Brodie."   Based on my training and experience, and knowledge of this case, I believe these messages depict WHITAKER and MCQUEEN haggling over price, with MCQUEEN quoting WHIAKER $8,700, and WHITAKER offering $7,700.  As the two continued discussing prices, MCQUEEN eventually stated, "The 20 you just grabbed was short bro you said it was 11 it was 10 gang."  In this message, it appears that MCQUEEN told WHITAKER that the payment for the last "20," (*i.e.*, 20 k packs) was short and that WHITAKER only paid $10,000, instead of the $11,000 he owed.[4] MCQUEEN subsequently told WHITAKER, "8,7 bro and I let you have the Extras, lmk . . .And ima tell her go over there."   Following these messages, law enforcement located the below-depicted chat between WHITAKER and MCQUEEN ACCOUNT 3:[5]

---

[4] A total cost of $11,000 would result in $0.55/per pill.  This pricing is consistent with per pill pricing for bulk purchases such as that being discussed in this conversation.  Furthermore, this pricing is consistent with other negotiations between MCQUEEN and WHITAKER, which have often spanned $0.50 to $0.65/per pill.

[5] As stated in the first message, MCQUEEN switched to a different phone because the phone associated with MCQUEEN ACCOUNT 2 died.

| Date/Time | WHITAKER | MCQUEEN |
|---|---|---|
| 9/13/2025 5:41:52 PM(UTC+0) | | Other phone died but |
| 9/13/2025 5:41:56 PM(UTC+0) | | Use this one |
| 9/13/2025 5:42:04 PM(UTC+0) | Pulling up where she at | |
| 9/13/2025 5:42:11 PM(UTC+0) | | Bouta call her now |
| 9/13/2025 5:42:14 PM(UTC+0) | 9 min away | |
| 9/13/2025 5:47:56 PM(UTC+0) | | 25 min |
| 9/13/2025 5:50:54 PM(UTC+0) | Dammm I'm here | |
| 9/13/2025 5:51:12 PM(UTC+0) | Bet | |
| 9/13/2025 5:51:33 PM(UTC+0) | | I told you she had to come there , |
| 9/13/2025 5:51:46 PM(UTC+0) | | But she otw that's good part |
| 9/13/2025 5:51:51 PM(UTC+0) | | Make sure it's right for me |
| 9/13/2025 6:02:32 PM(UTC+0) | I got you bro for sure | |
| 9/13/2025 6:09:50 PM(UTC+0) | Where she at now | |
| 9/13/2025 6:11:26 PM(UTC+0) | | She grabbin them out the spot rn |

| | | |
|---|---|---|
| 9/13/2025 6:11:33 PM(UTC+0) | | Than she 4 min from you |
| 9/13/2025 6:25:21 PM(UTC+0) | Where she at | |
| 9/13/2025 6:27:40 PM(UTC+0) | | Headed over there now |
| 9/13/2025 6:27:45 PM(UTC+0) | | Just got off phone she said 5 min |
| 9/13/2025 6:28:06 PM(UTC+0) | Tell her come to the gas station | |
| 9/13/2025 6:28:18 PM(UTC+0) | | That's where it shoulda took you to Exxon |
| 9/13/2025 6:28:32 PM(UTC+0) | Yeah bro I'm been here | |
| 9/13/2025 6:39:25 PM(UTC+0) | | Should be seeing her |
| 9/14/2025 2:59:12 PM(UTC+0) | Yoyo | |
| 9/14/2025 3:39:59 PM(UTC+0) | | I be back 8 meet me In Tyson's 9 |
| 9/14/2025 7:48:40 PM(UTC+0) | Short a pack bro this only 13 just one wit u | |

58.    In the above conversation, MCQUEEN repeatedly references a female subject that will meet with WHITAKER.  At 6:27 PM, MCQUEEN told WHITAKER that he just got off the phone with this subject.  A review of toll records between MCQUEEN and UCC-1 revealed numerous telephone calls between the two parties during the above conversation. Two of these calls occurred at 6:27 PM, one of which lasts 2 seconds and the other 13 seconds.

**Recent Surveillance of MCQUEEN**

*Intelligence Gathered from Historical and Real-Time Location Data and BMW Tracking Device*

59.     On February 2, 2026, search warrants issued in the United States District Court for the Eastern District of Virginia (1:26-SW-94 (LRV)) for real-time location data (hereinafter, "ping data"), as well as PRTT data, for the time period of February 2, 2026—March 19, 2026 as well as historical location data (hereinafter, "historical data") for the prior ninety days for MCQUEEN ACCOUNT 3.  On March 25, 2026, search warrants issued in the United States District Court for the Eastern District of Virginia (1:26-SW-244 (LRV)) for ping data for the time period of March 25, 2026—May 8, 2026, for MCQUEEN ACCOUNT 3.

60.     On May 27, 2026, law enforcement obtained a search warrant for the installation of a tracking device on the BMW (1:26-sw-440(WBP)), which was executed by the placing of the tracking device on the BMW later the same day.

61.     Monitoring of historical and ping data, as well as tracking device data, revealed that MCQUEEN regularly makes frequent short turnaround trips to the area of Philadelphia, PA. Despite typically traveling for approximately two to two and a half hours each way, MCQUEEN often remains in the Philadelphia area for less than an hour.  Based on historical data, MCQUEEN made numerous short turnaround trips each month to Philadelphia from January through June, 2026. Law enforcement subsequently reviewed records of License Plate Reader (LPR) hits on the BMW.  The BMW hit on LPRs near Baltimore, Maryland during MCQUEEN's trips to Philadelphia, PA, on multiple occasions in January and February 2026. During a trip on January 16, 2026, the LPR camera captured the below photo depicting the occupants.  Based on my review of this photo, and my knowledge of the appearance of MCQUEEN and UCC-1, this photo depicts MCQUEEN operating the vehicle and UCC-1 sitting in the front passenger seat.  Based on facts

outlined in paragraphs 67 and 79-85, investigators believe many of these trips were made for the purpose of meeting with HUNDLEY.



*Suspected Drug Transactions Conducted by MCQUEEN*

62.     On March 26, 2026, law enforcement observed MCQUEEN exit the parking garage for the GEORGIA AVE RESIDENCE while operating the Equinox.  Subsequent surveillance revealed that MCQUEEN drove to a parking lot in Stafford, Virginia.  MCQUEEN circled the parking lot several times before parking in front of a business.  A short time later, a blue Dodge Durango parked a few spots away from MCQUEEN.  MCQUEEN exited the Equinox and approached the other vehicle.  MCQUEEN and the occupant exchanged items through the front passenger window, after which MCQUEEN immediately returned to the Equinox.  The entire

interaction lasted approximately thirty seconds, with both vehicles departing the parking lot after the exchange was complete.

63. Similarly, on April 16, 2026, with the aid of ping data, law enforcement located MCQUEEN as he returned to Northern Virginia from a short turnaround trip to Philadelphia, Pennsylvania. Law enforcement located MCQUEEN as he was operating the Equinox on Richmond Highway in Woodbridge, Virginia. Law enforcement followed MCQUEEN and observed him park the Equinox in the parking lot for a townhouse complex. Another subject, subsequently identified by law enforcement as Unindicted Coconspirator 2 ("UCC-2") approached the Equinox on foot and entered the front passenger seat of the vehicle. MCQUEEN remained parked as the two appeared to interact, both looking down towards the center console area of the vehicle as if they were looking at an item(s) together. After approximately two minutes, the other subject exited the Equinox and MCQUEEN immediately departed the area. A short time later law enforcement lost sight of the Equinox due to MCQUEEN's erratic driving.

64. On June 3, 2026, the tracking device indicated that the BMW was headed south on I-95 from Stafford, Virginia. Law enforcement surveillance subsequently located the BMW parked in the vicinity of Ingram Ave in Richmond, VA at around 1:15 PM. Law enforcement observed another individual in the BMW with MCQUEEN. At approximately 1:30 PM, law enforcement observed MCQUEEN exit the BMW, walk towards the rear of his vehicle—where he was briefly out of view—and then walk back towards the BMW. As MCQUEEN walked back towards the BMW, a gray Dodge Durango appeared to pull away from the curb, in the area where MCQUEEN had walked out of view. As the Durango departed, law enforcement observed that the driver's window was rolled down, but the driver began rolling it up as he departed the

area. Based on these circumstances, it appeared that MCQUEEN met with the driver of the Durango.

65. On June 16, 2026, law enforcement observed MCQUEEN, while operating the BMW, arrive at the location in Woodbridge where he was observed meeting with UCC-2 on April 16th. Law enforcement observed MCQUEEN was the sole occupant of the BMW. Approximately one minute after MCQUEEN arrived at this location, law enforcement observed UCC-2 approach the BMW on foot. UCC-2 approached the front passenger door of the BMW. The front passenger door of the BMW opened and UCC-2 and MCQUEEN conducted an exchange on the front passenger seat. MCQUEEN provided UCC-2 with what appeared to be a half-full, gallon-sized Ziploc bag, wrapped in a bundle. UCC-2 placed the bundle in his right front pocket, which only partially concealed the bundle, and then departed the area on foot.

66. Based on my training and experience, I believe the events described above in paragraphs 62-65 and below in paragraphs 82 and 86-87 are consistent with MCQUEEN conducting narcotics transactions from within motor vehicles. I am aware, based on my training and experience, that narcotics distributors often utilize motor vehicles to conduct narcotics transactions. Narcotics distributors will often conduct transactions in vehicles as it allows them to conduct the transactions in a place not visible to those outside of the vehicle. Additionally, by conducting transactions from within their vehicles, narcotics distributors do not have to exit the vehicle, which allows for a faster escape if they detect law enforcement or believe that they may be robbed by a rival. Moreover, I know based on my training, knowledge, and experience that interactions which involve a driver or occupant of one vehicle entering or approaching another vehicle for a very short period of time and departing the area immediately thereafter can be indicative of a narcotics transaction. This is particularly true where both vehicles have no apparent

reason for being in a specific parking lot or location—such as the parking lots referenced above—other than to meet for a very brief interaction.

### HUNDLEY's Recent Travel History and Subsequent Surveillance

67. With the aid of ping data, law enforcement learned in mid-May 2026 that MCQUEEN traveled to the vicinity of Ronald Reagan Washington National Airport (DCA) on a frequent basis. Law enforcement subsequently reviewed Closed Circuit Television (CCTV) footage from Ronald Reagan National Airport ("DCA"). Law enforcement observed MCQUEEN pick up or drop off HUNDLEY at DCA on May 13, 14, 23, 24, June 6, and June 7. Tracking device data also revealed that MCQUEEN traveled to the departures area of Philadelphia International Airport ("PHL") on June 11, 2026, and June 16, 2026. Records obtained from American Airlines for all of the below-referenced flights list HUNDLEY Account 1 as the telephone number associated with the flight bookings.

68. Based on my training and experience, I know that Phoenix, Arizona, and Arizona generally, is a source location for numerous controlled substances, to include fentanyl pills. My knowledge is also based on known seizures of fentanyl from areas in and around Phoenix, Arizona, as well as my involvement in fentanyl trafficking cases in which subjects sourced fentanyl pills from Arizona.

69. Moreover, as part of my assignment to the DEA NVMTI, I am tasked with conducting narcotics interdiction at mass transit facilities, to include airports. As such, I am regularly involved in the interdiction of controlled substances being transported by passengers on airliners. Based on this training and experience, I know that subjects who engage in drug trafficking activities via air travel often employ certain tactics and patterns. For example, individuals involved in air travel-related trafficking often book air travel last minute for a dual

purpose—in an effort to evade law enforcement monitoring, but also based on the necessity of obtaining a resupply of narcotics on short notice. Individuals trafficking in this way must also make frequent trips, as they can only carry the amount of controlled substances that can fit in their baggage. Additionally, subjects involved in air travel-related trafficking often make short turn around trips (*i.e.*, staying at their destination for hours to a day before returning to the origin city), as their only purpose in traveling to a destination is to obtain narcotics and quickly return to their customer base. Moreover, subjects involved in the trafficking of controlled substance on airlines often use couriers and/or "ghost bags."[6] Drug traffickers utilize couriers and/or ghost bags in order to distance themselves from the controlled substances in the event that the controlled substance is located and seized by law enforcement.

### *HUNDLEY's May 13 and 14 Travel*

70.    On the morning of May 13, 2026, CCTV video at DCA depicted the BMW dropping off HUNDLEY in the vicinity of the American Airlines departure area of DCA. HUNDLEY exited the BMW with a black roller bag. Law enforcement obtained flight records from American Airlines. The flight records reveal that, after the BMW dropped off HUNDLEY at DCA, HUNDLEY boarded American Airlines flight AA1218, which was destined for Phoenix Sky Harbor International Airport ("PHX") and scheduled to land around 12:18 PM. The ticket was purchased with a credit/debit card in UCC-1's name on May 12, 2026.

---

[6] A "ghost bag" is a term used to describe a bag which is checked onto a flight by an individual who does not ultimately board the flight. The bag therefore gets flown to a destination without the corresponding passenger, thereby adding a level of separation between the narcotics and the passenger.

71.     Later that same day, around 10:47 PM, HUNDLEY boarded a return flight scheduled to depart PHX at 11:51 PM (American Airlines flight AA2831), and subsequently arrived at DCA around 7:05 AM on May 14, 2026.  HUNDLEY checked one bag on the return flight.  The return flight ticket was purchased with a credit/debit card in MCQUEEN's brother's name.

72.     On the morning of May 14, 2026, CCTV depicts the BMW pulling up to the arrivals area of DCA.  A short time later, HUNDLEY exits the airport with a dark roller bag and enters the BMW.  Based on this flight itinerary, HUNDLEY was in the vicinity of Phoenix for less than twelve (12) hours.

*HUNDLEY's May 23 and 24 Travel*

73.     On the morning of May 23, 2026, CCTV depicts the BMW dropping off HUNDLEY in the vicinity of the American Airlines departure area of DCA.  Law enforcement subsequently obtained flight records from American Airlines.  The flight records reveal that, after the BMW dropped off HUNDLEY at DCA, HUNDLEY boarded American Airlines flight AA1218, which was destined for PHX and scheduled to land around 11:52 AM.  The ticket was purchased with a credit/debit card in UCC-1's name and was booked on May 22, 2026.

74.     Later that same day, HUNDLEY boarded a return flight in PHX, scheduled to depart at 11:45 PM (American Airlines flight AA1542), and subsequently arrived at DCA around 7:00 AM on May 24, 2026. HUNDLEY checked one bag on the return flight.  The return ticket was purchased with a credit/debit card in UCC-1's name.

75.     On the morning of May 24, 2026, CCTV at DCA depicts the BMW pulling up to the arrivals area of DCA.  A short time later, video depicts MCQUEEN exiting the BMW, entering the airport and approaching the baggage belt.  MCQUEEN loiters near the baggage belt as

HUNDLEY retrieves a dark roller bag from the baggage belt, without appearing to acknowledge one another.[7]  The two then exit the airport separately and convene at the BMW, which they both enter before leaving DCA.  Based on this flight itinerary, HUNDLEY was in the vicinity of Phoenix for less than twelve (12) hours.

*HUNDLEY's June 6 and 7 travel*

76.    On the afternoon of June 6, 2026, CCTV depicts the BMW dropping off HUNDLEY in the vicinity of the American Airlines departure area of DCA.  Law enforcement subsequently obtained flight records from American Airlines.  The flight records revealed that, after the BMW dropped off HUNDLEY at DCA, HUNDLEY boarded American Airlines flight AA2034, which was destined for PHX and scheduled to land around 7:30 PM on June 7, 2026. The ticket was purchased with a credit/debit card in an unknown female's name and was booked the same day as the flight—June 6, 2026.

77.    Later that same day, HUNDLEY boarded a return flight at PHX, scheduled to depart at 11:45 PM (American Airlines flight AA1542), and subsequently arrived at DCA around 7:00 AM on June 7, 2026.  HUNDLEY checked one bag on the return flight.  The return ticket was purchased with a credit/debit card in UCC-1's name.

78.    On the morning of June 7, 2026, CCTV footage shows the BMW pulling up to the arrivals area of DCA.  CCTV footage reveals HUNDLEY exiting America Airlines flight AA1542, which had just arrived at Gate C25.  HUNDLEY exited the airport and subsequently entered the

---

[7] The portion of CCTV video which depicts MCQUEEN at the baggage belt was inadvertently not preserved by the Metropolitan Washington Airports Authority, but the video was reviewed by law enforcement prior to this loss.

BMW.    Prior to HUNDLEY arriving in the baggage claim area, CCTV footage depicts MCQUEEN exiting the BMW, entering the airport, retrieving a dark roller bag from the baggage belt for flight AA1542, and returning to the BMW with the bag.   Subsequent review of PRTT data from MCQUEEN ACCOUNT 3 reveals numerous telephone calls between MCQUEEN and HUNDLEY Account 1 during the time between HUNDLEY landing in DCA and HUNDLEY entering the BMW.  Based on this flight itinerary, HUNDLEY was in the vicinity of Phoenix for approximately four (4) hours.

*HUNDLEY's June 11 and 12 Travel*

79.    On June 11, 2026, law enforcement observed the tracking device on the BMW travel to PHL around 12 PM, after a brief stop at a location in Philadelphia, PA.  Shortly thereafter, flight records revealed that HUNDLEY boarded a flight (American Airlines AA3203) departing PHL at 1:27 PM and scheduled to arrive at PHX at 3:29 PM.  This flight was purchased using a credit/debit card in an unknown female's name.

80.    Later that same day, around 11:05 PM, HUNDLEY boarded a return flight (American Airlines flight AA2585) at PHX, which subsequently arrived at PHL around 6:36 AM the following morning, June 12, 2026. The ticket was purchased with a credit/debit card in UCC-1's name.  Based on this flight itinerary, HUNDLEY was in the vicinity of Phoenix for less than eight (8) hours.

81.    Subsequent review of Amtrak records revealed that, upon HUNDLEY's return to Philadelphia on June 12, 2026, he purchased an Amtrak ticket boarded an Amtrak train in Philadelphia, and traveled to Union Station in Washington, D.C.  Review of Amtrak CCTV showed HUNDLEY exiting Union Station around 11:30 AM and walking towards Delaware Ave. NE.  GPS tracking data revealed that the BMW arrived in the area of Delaware Ave. NE around

11:33 AM. The BMW remained parked for less than ten minutes before departing and returning to the PROVIDENCE ST RESIDENCE, without appearing to make any stops.

82.    Law enforcement subsequently reviewed footage from a covert camera which had been placed within view of the PROVIDENCE ST RESIDENCE. At approximately 8:48 AM, MCQUEEN departed the PROVIDENCE ST RESIDENCE without any bags. At approximately 12:34 PM, MCQUEEN arrived back at the PROVIDENCE ST RESIDENCE. When MCQUEEN arrived at the PROVIDENCE ST RESIDENCE, he retrieved a dark roller bag and a brown shopping bag from the back seat of the BMW, as depicted in Figure 11 below.    MCQUEEN entered the PROVIDENCE ST RESIDENCE with both bags, and departed the residence a few minutes later carrying the brown shopping bag, but not the dark roller bag and returning to the BMW. HUNDLEY is not observed exiting the BMW during this stop. The tracking device subsequently showed the BMW proceeding to the vicinity of Ingram Avenue in Richmond, Virginia—the same location where MCQUEEN stopped on June 3, 2026, as discussed above in paragraph 63. Law enforcement observed MCQUEEN park the BMW on the side of the street— with an individual believed to be HUNDLEY in the front passenger seat—where he remained stationary until a white van pulled up and parked in front of the BMW. A male exited the van and approached the BMW, at which point he conducted an apparent transaction through the open passenger window of the BMW. Law enforcement observed the brown paper bag being handed to the male subject through the passenger window, a bag which appeared similar to the bag MCQUEEN carried into and out of the PROVIDENCE ST RESIDENCE. Subsequently, the tracking device on the BMW showed the BMW returning to the PROVIDENCE ST RESIDENCE, arriving at approximately 4:51 PM. Footage from the covert camera depicts MCQUEEN and HUNDLEY both exit the BMW and enter the PROVIDENCE ST RESIDENCE. HUNDLEY

emerges a short time later, retrieves another roller bag from the BMW, enters another vehicle, believed to be a for hire vehicle, and departs the area.



*Figure 11: Image of MCQUEEN from covert camera*

*HUNDLEY's June 16 and 17 Travel*

83.    On June 16, 2026, law enforcement observed the tracking device on the BMW travel to PHL around 3:15 PM, after a brief stop at a location in Philadelphia, PA.  Shortly thereafter, flight records revealed that HUNDLEY boarded a flight (Southwest Airlines) departing PHL at 4:35 PM, with a layover in Chicago, and a scheduled arrival at PHX at 9:05 PM.

84.    Flight records from American Airlines revealed that, on June 17, 2026, HUNDLEY boarded American Airlines Flight 1188, which departed PHX at 10:30 PM and subsequently arrived at PHL at 5:34 AM the following morning, June 18, 2026.  Amtrak records revealed that HUNDLEY purchased an Amtrak ticket around 6:19 AM, which was scanned aboard the Amtrak train around 7:19 AM.  HUNDLEY traveled via Amtrak from Philadelphia to Union Station in Washington D.C.

85.    On the morning of June 18th, tracking data showed the BMW traveling from the PROVIDENCE ST RESIDENCE and arriving in the vicinity of Union Station around 7:45 AM. Around 9:00 AM, law enforcement established surveillance on the BMW as it was parked on Delaware Ave NE, in Washington D.C, with MCQUEEN as the sole occupant.  At approximately 9:13 AM, law enforcement observed HUNDLEY approaching the BMW from the vicinity of Union Station, while pulling a dark roller bag.  This is partially depicted in the below photographs. As HUNDLEY approached the BMW, he lifted the roller bag above his head and began excitedly pumping the bag in the air above his head as he circled the BMW.  HUNDLEY then entered the BMW with MCQUEEN, placing the roller bag in the rear passenger seat.





86.    The BMW departed the vicinity of Union Station and traveled back to the PROVIDENCE ST RESIDENCE, stopping briefly at a gas station.  During the stop at the gas station, MCQUEEN and HUNDLEY did not meet with any other person.  Upon arrival at the PROVIDENCE ST RESIDENCE, around 10:15 AM, MCQUEEN exited the BMW with the roller bag and a plastic bag which appeared to have numerous items inside.  Upon the BMW's arrival, a blue Chevy was already parked in front of the residence.  MCQUEEN left the roller bag at the front door of the residence and entered the front passenger seat of the Chevy, where he appeared to conduct an exchange with the driver. During the exchange, MCQUEEN was approached by small children, who appeared to be neighborhood children, and gestured for them to leave. MCQUEEN then exited the Chevy, still carrying the plastic bag.  MCQUEEN entered the PROVIDENCE ST RESIDENCE with the roller bag around 10:17 AM, with HUNDLEY remaining alone in the BMW.  Around 10:34 AM, MCQUEEN exited the residence with the roller bag, entered the BMW with the roller bag, and departed a few minutes later.

87.    At approximately 11:05 AM, law enforcement observed MCQUEEN and HUNDLEY arrive in the BMW to the same location where MCQUEEN had previously met with

UCC-2.  MCQUEEN parked the BMW and was met by UCC-2 a few minutes later, who entered the BMW.  Law enforcement could not see if UCC-2 was carrying any items when UCC-2 entered the BMW.  UCC-2 remained in the BMW for approximately ten minutes, and, based on surveillance and the odor emanating from the BMW, the trio appeared to be smoking marijuana.  UCC-2 subsequently exited the BMW, carrying a backpack, and returned to a residence believed to be UCC-2's residence.

*HUNDLEY Travel Patterns*

88.    To date, investigators have received flight records for HUNDLEY from American, United, Southwest, and Frontier Airlines.  As depicted in the below chart, these records show HUNDLEY traveling to PHX on thirteen (13) occasions in 2026.  Of those thirteen occasions, there are two trips for which investigators have not received records identifying HUNDLEY's return/departure flight.  Of the remaining eleven trips, investigators have identified only two occasions in which HUNDLEY remained in Phoenix for more than one calendar day.

| Airline | Departure Date | Departure Airport | Arrival Airport | Flight Number |
|---|---|---|---|---|
| United | 1/8/2026 | IAD | PHX | 642 |
| Unknown Return | | | | |
| | | | | |
| Southwest | 1/28/2026 | PHL | BNA | 516 |
| Southwest | 1/28/2026 | BNA | PHX | 3086 |
| United | 1/29/2026 | PHX | ORD | 2009 |
| United | 1/29/2026 | ORD | DCA | 1314 |
| | | | | |

| | | | | |
|---|---|---|---|---|
| Southwest | 2/12/2026 | PHL | DAL | 516 |
| Southwest | 2/12/2026 | DAL | PHX | 196 |
| Frontier | 2/13/2026 | PHX | DEN | 1376 |
| Frontier | 2/13/2026 | DEN | DCA | 688 |
| | | | | |
| American | 2/16/2026 | PHL | PHX | 2102 |
| Southwest | 2/19/2026 | PHX | BWI | 3124 |
| | | | | |
| American | 3/18/2026 | DCA | DFW | 1244 |
| American | 3/18/2026 | DFW | PHX | 1799 |
| American | 3/22/2026 | PHX | DCA | 2349 |
| | | | | |
| Unknown Departure | | | | |
| Southwest | 4/12/2026 | PHX | DCA | 1718 |
| | | | | |
| Southwest | 4/23/2026 | IAD | PHX | 2836 |
| American | 4/23/2026 | PHX | DCA | 2831 |
| | | | | |
| American | 5/5/2026 | DCA | PHX | 3279 |
| American | 5/5/2026 | PHX | DCA | 2831 |
| | | | | |
| American | 5/13/2026 | DCA | PHX | 1218 |
| American | 5/13/2026 | PHX | DCA | 2831 |

| | | | | |
|---|---|---|---|---|
| | | | | |
| American | 5/23/2026 | DCA | PHX | 1218 |
| American | 5/23/2026 | PHX | DCA | 1542 |
| | | | | |
| American | 6/6/2026 | DCA | PHX | 2034 |
| American | 6/6/2026 | PHX | DCA | 1542 |
| | | | | |
| American | 6/11/2026 | PHL | PHX | 3203 |
| American | 6/11/2026 | PHX | PHL | 2585 |
| | | | | |
| Southwest | 6/16/2026 | PHL | MDW | 3112 |
| Southwest | 6/16/2026 | MDW | PHX | 2863 |
| American | 6/17/2026 | PHX | PHL | 1188 |

89.    On June 29, 2026, investigators learned that HUNDLEY boarded a 5:30PM flight from DCA to Phoenix via American Airlines Flight 2034.  On the afternoon of June 29th, prior to the flight, investigators observed MCQUEEN pick HUNDLEY up from Union Station in the BMW.  Investigators observed HUNDLEY enter the BMW with a dark-colored roller bag.  Subsequently, investigators observed the BMW drop HUNDLEY off at the American Airlines departure area of DCA.  HUNDLEY brought the roller bag into DCA, did not check the bag, and

was observed sitting at the departure gate with the bag. Ultimately, investigators observed HUNDLEY board Flight 2034 with the roller bag at approximately 5:03PM.

90.    On June 30, 2026, HUNDLEY boarded Southwest Airlines flight 3139 at PHX, destined to land at Baltimore-Washington International Airport ("BWI") around 12:00PM. According to Southwest Airlines records, HUNDLEY checked one bag for the flight. Upon arrival at BWI, investigators observed HUNDLEY retrieve his checked bag—a dark-colored roller bag— from the baggage carousel and proceeded to exit BWI. Investigators observed MCQUEEN, operating the BMW, pick HUNDLEY up from the arrivals area of BWI. HUNDLEY placed his roller bag into the BMW and entered the front passenger seat.

91.    Investigators followed MCQUEEN and HUNDLEY from BWI to the PROVIDENCE ST RESIDENCE. Upon arrival at the PROVIDENCE ST RESIDENCE, investigators attempted to stop the BMW. The BMW fled, crashed into a grassy area, and both MCQUEEN and HUNDLEY fled on foot. HUNDLEY was quickly apprehended, and MCQUEEN was apprehended hiding in the woods a distance from the PROVIDENCE ST RESIDENCE.

92.    Law enforcement subsequently executed a federal search warrant on the BMW, the PROVIDENCE ST RESIDENCE, and the persons of MCQUEEN, HUNDLEY, and UCC-1 (1:26-SW-520-524 (LRV)). During a search of the BMW, investigators recovered the roller bag checked by HUNDLEY for the return flight to BWI. A search of the bag revealed a large quantity of a powdered substance believed to be a controlled substance. A search of the PROVIDENCE ST RESIDENCE revealed a large quantity of suspected fentanyl pills. As depicted in the below photograph, the gross weight of the pills (including packaging) totaled over 2,000 grams, or two kilograms.



## CONCLUSION

93.     Based on foregoing, I submit that there is probable cause to believe that starting

from at least November 2024 through present, in the Eastern District of Virginia and elsewhere,

William MCQUEEN and Raymond HUNDLEY unlawfully, knowingly, and intentionally

combined, conspired, confederated, and agreed with others, known and unknown, to unlawfully,

knowingly, and intentionally distribute 400 grams or more of a mixture and substance containing

a detectable amount of fentanyl, a Schedule II controlled substance in violation of Title 21, United

States Code, Sections 841(a)(1), (b)(1)(A), and 846.

Respectfully submitted,

*Patrick Maxwell*

Task Force Officer Patrick Maxwell
Drug Enforcement Administration

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
via telephone on July 1, 2026.

Lindsey R Vaala

Digitally signed by Lindsey R Vaala
Date: 2026.07.01 11:46:33 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge

53